UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mala Wickrama Hatharaliyaddegedara,<br><br>     Plaintiff,<br><br> -against-<br><br>Pamela Bondi et al.,<br><br>     Defendants. | 26-CV-1621 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 The parties have not made the required filings described at Dkt. 5, and it is unclear that the defendants have been served with the complaint. Plaintiff must, before April 24, 2026, effect service, and the parties should immediately meet and confer on the schedule for this case. The pretrial conference scheduled for April 20, 2026, is hereby adjourned to 12:00 pm on May 4, 2026, with the required pre-conference filings due on or before April 29, 2026.

   SO ORDERED.

Dated: April 17, 2026
   New York, New York

                  _____
                    ARUN SUBRAMANIAN
                 United States District Judge