UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mala Wickrama Hatharaliyaddegedara,

Plaintiff,

-against-

Pamela Bondi et al.,

Defendants.

26-CV-1621 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of the update to the Court at Dkt. 13, the pretrial conference is indefinitely adjourned. However, the parties should provide an update by July 24 as to the continuing status of this case, whether a resolution has been reached, or whether a case management plan should be entered.

SO ORDERED.

Dated: July 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge